**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------X
ANTHONY MARCUS #07-A-7130,

                    Plaintiff,

      -against-                                  20 **CIVIL** 6234 (PMH)

                                                             **JUDGMENT**

ANTHONY J. ANNUCCI-ACTING COMMISSIONER
OF DOCCS, et al.,

                    Defendants.
-----------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 11, 2023, Gutwein's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      December 11, 2023

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                                    **BY:**    *K. Mango*

                                                          **Deputy Clerk**